[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 29, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-11975
Non-Argument Calendar

_____

D. C. Docket No. 07-00175-CR-ORL-22KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENDELL LEE STARKS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 29, 2009)**

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Kendell Lee Starks in this

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Starks's conviction and sentence are **AFFIRMED**.